**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE

2004 NOV 23  P 2: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GUCCI AMERICA, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) **Case No.:** |
|  | ) |
| LUXURY BRANDS, LLC, | ) |
| LUXURYBRANDSLLC.COM, and | ) RECEIPT # _____ |
| JAMES MCHUGO, | ) AMOUNT $ _150.00_ |
|  | ) SUMMONS ISSUED _YES_ |
|  | ) LOCAL RULE 4.1 _____ |
| Defendants. | ) WAIVER FORM _____ |
|  | ) MCF ISSUED _____ |
|  | ) BY DPTY. CLK. _____ |
|  |  DATE _11/23/04_ |

MAGISTRATE JUDGE _Dein_            **COMPLAINT**

Plaintiff, Gucci America, Inc., complaining of Defendants, Luxury Brands, LLC, James

McHugo, and Luxurybrandsllc.com (collectively referred to as "Defendants"), alleges as

follows:

**STATEMENT OF THE CASE**

1.      This is an action for injunctive relief and damages under the Lanham Act based

on Defendants' sale and offering for sale of counterfeit Gucci products.

**JURISDICTION AND VENUE**

2.      This claim arises under the Trademark Act of 1946, 15 U.S.C. § 1051, *et seq.*,

particularly under 15 U.S.C. § 1114(1). This Court has subject matter jurisdiction over the claims

in this action which relate to trademark counterfeiting and infringement, dilution and false

designation of origin and false descriptions pursuant to the provisions of 28 U.S.C. §§1331, 1338

and 15 U.S.C. § 1121.

3.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1392(a).

4.    This Court has personal jurisdiction over the Defendants under the provisions of Mass. Gen. L. ch. 223A, § 3, in that Defendants are transacting business within the Commonwealth and are contracting to supply services or things in this Commonwealth.

## THE PARTIES

5.    Gucci America, Inc. ("Plaintiff" or "Gucci") is a corporation organized and existing under the laws of New York, with its principal place of business in New York, New York, and is the sole and exclusive distributor in the United States of items bearing the Gucci trademarks on leather goods, clothing, jewelry, accessories, home products, and related items.

6.    The Defendant Luxurybrandsllc.com (the "Website") is a website engaged in the sale of counterfeit products with a usual place of business at 8840 Norwood Avenue, Philadelphia, Pennsylvania, 19118.

7.    The Defendant Luxury Brands, LLC is a corporation organized under the laws of the State of Delaware with a usual place of business at 8840 Norwood Avenue Philadelphia, Pennsylvania, 19118, and does business under the name www.Luxurybrandsllc.com.

8.    The Defendant James McHugo is an individual who owns and operates the Website Luxurybrandsllc.com and resides at the same location as Luxury Brands, LLC's principal office, which is 8840 Norwood Avenue, Philadelphia, Pennsylvania 19118. James McHugo is the listed Initial Member of record of Luxury Brands, LLC.

9.    Plaintiff is informed and believes and thereupon alleges that, at all times relevant hereto, Defendants are and have been doing business in this judicial district and elsewhere and have sold and distributed merchandise wrongfully bearing counterfeits of Plaintiff's trademarks. Defendants are advertising, distributing, offering for sale, and selling numerous items of

merchandise wrongfully bearing counterfeits of Plaintiff's trademarks to persons located within this judicial district and elsewhere.

## PLAINTIFF'S TRADEMARKS

10.    Gucci owns the trademarks and trade name "Gucci" and related trademarks (hereinafter collectively referred to as the "Gucci Trademarks"). Gucci markets high-quality products bearing the Gucci Trademarks and Gucci is the exclusive distributor in the United States of Gucci products, all of which bear one or more of the Gucci Trademarks.

11.    The Gucci Trademarks are world-renowned and signify to customers the identity and quality of the product. The Gucci Trademarks are used extensively in advertising and contribute to Gucci's overall success in the marketplace.

12.    Commencing at least as early as the 1960's, Gucci adopted one or more of the Gucci Trademarks for handbags, luggage, accessories and related products and caused said trademarks to be registered in the United States Patent and Trademark Office.

13.    Gucci is the owner of all rights in and to numerous Gucci Trademarks including, but not limited to, the Gucci Trademarks that are the subject of the following trademark registrations:

| Mark | Registration No. | Date of Registration |
|------|------------------|----------------------|
| GUCCI | 876,292 | 09/09/69 |
| NON-INTERLOCKING GG MONOGRAM | 1,107,311 | 11/28/78 |
| GUCCI CREST | 1,097,483 | 07/25/78 |
| GREEN-RED-GREEN STRIPE | 1,122,780 | 07/24/79 |
| REPEATING GG DESIGN | 1,216,708 | 11/16/82 |
| SQUARE G | 2,042,805 | 03/11/97 |

14.    The Gucci Trademarks are in full force and effect. The Gucci Trademarks and the goodwill of Plaintiff's businesses in connection with which the Gucci Trademarks are used have never been abandoned. Plaintiff intends to continue to preserve and maintain its rights with respect to the Gucci Trademarks.

15.    Plaintiff's services and products utilizing and/or bearing one or more of the Gucci Trademarks, by reason of their style, distinctive designs and quality have come to be known by the purchasing public throughout the United States as being of the highest quality. As a result thereof, the Gucci Trademarks and the goodwill associated therewith are of inestimable value to Plaintiff.

16.    Based on the extensive sales of Plaintiff's products and their wide popularity, the Gucci Trademarks have developed a secondary meaning and significance in the minds of the purchasing public, and the products utilizing and/or bearing such marks and names are immediately identified by the purchasing public as being those of the Plaintiff.

17.    The Gucci trademarks are vital to Plaintiff and Plaintiff will suffer irreparable harm if any third parties, including Defendants herein, are allowed to continue engaging in services and selling infringing goods utilizing and/or bearing identical or substantially similar trademarks.

## DEFENDANTS' INFRINGING ACTIVITIES

18.    Defendants have infringed and threaten to further infringe Plaintiff's Gucci Trademarks by advertising, distributing, selling and/or offering for sale unauthorized merchandise, including but not limited to handbags and wallets.

19.    Long after Plaintiff's adoption and use of its Gucci Trademarks on handbags, luggage, accessories and other related products, and long after Plaintiff's federal registration of its trademarks, Defendants commenced the distribution, advertisement, offer for sale, and/or sale of handbags and other merchandise bearing counterfeits and infringements of the Gucci Trademarks as those trademarks appear on Plaintiff's products.

20.    Defendants are distributing, offering for sale, and selling their unauthorized products to numerous buyers throughout the United States, including buyers located within the Commonwealth of Massachusetts. Copies of pertinent pages from the Defendants' websites

4

www.Luxurybrandsllc.com are attached hereto as <u>Exhibit A</u>. Defendants have sold counterfeit Gucci products to Massachusetts buyers, including to a company named Smart Bargains, Inc. which is located in Boston, Massachusetts. Copies of the invoices from the Defendants' transactions involving the sale of counterfeit Gucci goods to Smart Bargains, Inc. are attached hereto as <u>Exhibit B</u>. Defendants have obtained revenue from the sale of counterfeit Gucci products to parties in the Commonwealth of Massachusetts and elsewhere.

21.     Upon information and belief, the activities of Defendants complained of herein constitute willful and intentional infringement of the Gucci Trademarks; are in total disregard of the Plaintiff's rights; and were commenced and have continued in spite of Defendants' knowledge that the use of any Gucci Trademarks, or a copy or colorable imitation thereof, was and is in direct contravention of Plaintiff's rights.

22.     The Defendants' unauthorized use of Gucci Trademarks has been without Plaintiff's consent, is likely to cause confusion and mistake in the minds of the purchasing public and, in particular, tends to and does falsely create the impression that the goods sold by Defendants are authorized, sponsored, or approved by Plaintiff when, in fact, they are not.

## FIRST CLAIM FOR RELIEF
## TRADEMARK COUNTERFEITING

### 15 U.S.C. § 1114

23.     Plaintiff incorporates all prior allegations as if set forth fully herein.

24.     Defendants have used spurious designations that are identical with, or substantially indistinguishable from, the Gucci Trademarks on goods covered by registrations for these trademarks.

25.     Defendants have intentionally and willfully used these spurious designations knowing they are counterfeit in connection with the advertising, sale, offering for sale and distribution of goods for their own personal financial gain, and such intentional and willful conduct by the Defendants makes this an exceptional case.

26.    Defendants' use of the Gucci Trademarks to advertise, offer for sale, sell and distribute Defendants' counterfeit products was and is without the consent of Plaintiff.

27.    Defendants' unauthorized use of Plaintiff's Gucci Trademarks on and in connection with the advertising and sale of counterfeit goods constitutes Defendants' use of Plaintiff's registered Gucci Trademarks in commerce.

28.    Defendants' unauthorized use of the Plaintiff's Gucci Trademarks, as set forth above, is likely to:

    (a)    cause confusion, mistake and deception;

    (b)    cause the public to believe that Defendants' counterfeit products are authorized, sponsored or approved by Plaintiff or that Defendants are affiliated, connected or associated with or in some way related to Plaintiff;

    (c)    result in Defendants unfairly benefiting from Plaintiff's good will and reputation, to the substantial and irreparable injury of the public, Plaintiff and Plaintiff's Gucci Trademarks and the substantial goodwill represented thereby.

29.    Defendants' acts as aforesaid constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

30.    Plaintiff has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts as aforesaid in an amount not thus far determined.

31.    Defendants' wrongful acts of counterfeiting will continue unless enjoined by this Court.

## SECOND CLAIM FOR RELIEF
### Trademark Infringement
### 15 U.S.C. § 1114

32.    Plaintiff incorporates all prior allegations as if set forth fully herein.

33.    Plaintiff's registered Gucci Trademarks are fanciful and arbitrary and are associated in the mind of the public with Plaintiff.

6

34.    Based on Plaintiff's extensive advertising, sales, and the wide popularity of Plaintiff's products, the Gucci Trademarks have acquired secondary meaning so that any product and advertisement bearing such trademarks is immediately associated by purchasers and the public as being a product of and affiliated with Plaintiff.

35.    Defendants use the Gucci Trademarks in connection with Defendants' sale, distribution and advertising of their counterfeit goods.

36.    Defendants' activities as set forth herein constitute Defendants' use in commerce of the Gucci Trademarks.

37.    Defendants have used Plaintiff's registered Gucci Trademarks without Plaintiff's consent or authorization.  Defendants' use, including the sale and distribution of infringing products in interstate commerce, is likely to cause confusion and mistake in the minds of the public, leading the public to believe that Defendants' products emanate or originate from Plaintiff, or that Plaintiff has approved, sponsored or otherwise associated itself with Defendants, which is untrue.

38.    Defendants have intentionally used the Gucci Trademarks, knowing they are the exclusive property of Plaintiff, in connection with the offering for sale, sale and distribution of counterfeit goods.

39.    Defendants' conduct is intended to exploit the goodwill and reputation associated with Plaintiff's registered Gucci Trademarks.

40.    Plaintiff has no control over the quality of Defendants' counterfeit merchandise. Because of the very real likelihood of confusion as to the source of Defendants' products, Plaintiff's reputation and valuable goodwill in its trademarks have been damaged by Defendants' unscrupulous tactics.

41.    Defendants' activities as aforesaid create the false and misleading impression that Defendants are sanctioned, assigned or authorized by Plaintiff to use Plaintiff's Gucci Trademarks to advertise, manufacture, distribute, appraise, offer for sale or sell counterfeit products bearing the Gucci Trademarks when Defendants are not so authorized.

7

42.    Defendants engage in the aforementioned activity with the intent to confuse and deceive consumers into believing that Defendants and the goods they sell are in some way sponsored by, affiliated or associated with Plaintiff.

43.    Defendants' unauthorized use of the Gucci Trademarks, as set forth above, has resulted in Defendants unfairly benefiting from Plaintiff's advertising and promotion, and profiting from Plaintiff's reputation and its registered Gucci Trademarks, to the substantial and irreparable injury of the public, the Plaintiff, the Gucci Trademarks and the substantial goodwill represented thereby.

44.    Defendants' aforesaid acts constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

45.    Defendants' acts have caused, and will continue to cause, great and irreparable injury to Plaintiff, and, unless such acts are restrained by this Court, they will be continued, thereby causing Plaintiff to continue to suffer great and irreparable injury. Plaintiff has no adequate remedy at law.

46.    Plaintiff is informed and believes and thereupon alleges that Defendants' infringement is both intentional and willful.

47.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Defendants in an amount thus far not determined.

### THIRD CLAIM FOR RELIEF

**False Designations of Origin, False Descriptions and Representations**
**15 U.S.C. § 1125(a)**

48.    Plaintiff incorporates all prior allegations as if set forth fully herein.

49.    Defendants have, in connection with their goods, used in commerce, and continue to use in commerce, Plaintiff's Gucci Trademarks.

50.    Defendants have affixed, applied and used in connection with their sale of goods, false designations of origin and false and misleading descriptions and representations, including

8

the Gucci Trademarks, which tend falsely to describe the origin, sponsorship, association or approval by Plaintiff of the goods sold by the Defendants.

51.    Defendants use one or more of the Gucci Trademarks with full knowledge of the falsity of such designations of origin, descriptions and representations, all to the detriment of Plaintiff.

52.    Defendants' use of the Gucci Trademarks on the counterfeit goods constitutes false descriptions and representations tending to falsely describe or represent Defendants and Defendants' products as being authorized, sponsored, affiliated or associated with Plaintiff.

53.    Defendants use one or more of the Gucci Trademarks on counterfeit goods with the express intent to cause confusion and mistake, to deceive and mislead the purchasing public, to trade upon the high quality reputation of Plaintiff and to improperly appropriate to themselves the valuable trademark rights of Plaintiff.

54.    Defendants' aforesaid acts constitute the use in commerce of false designations of origin and false and/or misleading descriptions or representations, tending to falsely or misleadingly describe and/or represent Defendants' products as those of Plaintiff in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

55.    Defendants' wrongful acts will continue unless enjoined by this Court.

56.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Defendants in an amount thus far not determined.

## FOURTH CLAIM FOR RELIEF
### Federal Trademark Dilution
### 15 U.S.C. §1125 (c)

57.    Plaintiff incorporates all prior allegations as if set forth fully herein.

58.    Plaintiff is the exclusive owner of the trademark rights herein.

59.    Defendants' use of the Gucci Trademarks on the counterfeit goods they sell constitutes Defendants' commercial use in commerce of the Gucci Trademarks.

60.    These marks have been used for years and are so globally recognized and associated with Plaintiff that they are entitled to be recognized as famous and distinctive under 15 U.S.C. § 1125(c).

61.    Plaintiff's Gucci Trademarks have come to have a secondary meaning indicative of origin, relationship, sponsorship and/or association with the Plaintiff and its distinctive reputation for high quality.  The purchasing public is likely to attribute Defendants' use of the Gucci Trademarks to Plaintiff as a source of origin, authorization and/or sponsorship for the products Defendants sell and further, purchase Defendants' products in the erroneous belief that Defendants are associated with, sponsored by or affiliated with Plaintiff, when Defendants are not.

62.    Plaintiff has not authorized or licensed the use of the Gucci Trademarks to Defendants.

63.    Defendants' unauthorized use of the Gucci Trademarks in its marketing, sale and distribution of counterfeit products is diluting the distinctive quality of the Gucci Trademarks and the goodwill associated with them in violation of Section 43(c) of the Lanham Act, 15 U.S.C § 1125(c).

64.    Such conduct has injured Plaintiff and said injury will continue unless the Court enjoins Defendants from committing further wrongful acts.

65.    Upon information and belief, Defendants intentionally and willfully utilize Plaintiff's Gucci Trademarks and trade on Plaintiff's reputation and goodwill.

66.    If such use on the part of the Defendants continues, Plaintiff will suffer irreparable harm of a continuing nature for which there is no adequate remedy at law.

67.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Defendants in an amount thus far not determined.

**FIFTH CLAIM FOR RELIEF**
**Unfair And Deceptive Business Practices**
**Massachusetts Chapter 93A, Section 11**

68.     Plaintiff incorporates all prior allegations as if set forth fully herein.

69.     Defendants' acts set forth above constitute unfair and deceptive business practices

in violation of Gen. L. ch. 93A, §2 in that the actions are likely to cause confusion in the minds

of the consuming public, will destroy the Plaintiff's goodwill, and will unjustly enrich the

Defendants at the expense of and to the detriment of the Plaintiff.

70.     Defendants' acts are knowing and willful violations of Gen. L. ch. 93A, §§ 2 and

11.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against the Defendants as follows:

1.     That a preliminary and permanent injunction be issued enjoining and restraining

Defendants and their officers, agents, servants, employees and attorneys and all those in active

concert or participation with them, from:

> A.     Using any reproduction, counterfeit, copy or colorable imitation of the
> Gucci Trademarks to identify any goods or the rendering of any services
> not authorized by Plaintiff;
>
> B.     Engaging in any course of conduct likely to cause confusion, deception or
> mistake, or to injure Plaintiff's business reputation or dilute the distinctive
> quality of Plaintiff's name and Plaintiff's Gucci Trademarks;
>
> C.     Using a false description or representation including words or other
> symbols tending to falsely describe or represent Defendants' unauthorized
> goods as being those of Plaintiff or sponsored by or associated with
> Plaintiff and from offering such goods into commerce;

11

D.    Further infringing Plaintiff's Gucci Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products not authorized by Plaintiff bearing any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's Gucci Trademarks;

E.    Using any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's trademarks in connection with the rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored, approved by or connected with Plaintiff;

F.    Making any statement or representation whatsoever, using any false designation of origin or false description or performing any act which can or is likely to lead the trade, public or individual members thereof, to believe that any products manufactured, distributed, sold or marketed by Defendants are in any manner associated or connected with Plaintiff, or sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

G.    Causing an infringement of any of Plaintiff's Gucci Trademarks or of Plaintiff's rights therein, or causing any dilution of Plaintiff's name, reputation or goodwill;

H.    Secreting, destroying, altering, removing or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising,

12

promoting, renting or displaying of all unauthorized products which
infringe the Gucci Trademarks;

I.    Effecting assignments or transfers, forming new entities, associations or
websites, or utilizing any other device for the purpose of circumventing or
otherwise avoiding the prohibitions set forth in subparagraphs (A) through
(H), above.

2.    Directing that Defendants deliver up for destruction to Plaintiff all unauthorized
products and advertisements in their possession or under their control bearing any of Plaintiff's
Gucci Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitation
thereof, and all plates, molds, matrices and other means of production of same pursuant to 15
U.S.C. § 1118.

3.    Directing such other relief as the Court may deem appropriate to prevent the trade
and public from deriving any erroneous impression that any products manufactured, sold or
otherwise circulated or promoted by Defendants are authorized by Plaintiff or related in any way
to Plaintiff's products.

4.    Requiring Defendants to pay to Plaintiff such damages as Plaintiff has sustained
as a consequence of Defendants' infringement of Plaintiff's Gucci Trademarks and Defendants'
acts of unfair competition, and to account for all gains, profits and advantages derived by
Defendants from the sale of their infringing merchandise bearing the Gucci Trademarks and that
the award to Plaintiff be trebled as provided for under 15 U.S.C. § 1117; alternatively, that
Plaintiff be awarded statutory damages pursuant to 15 U.S.C. § 1117 (c) of up to $1,000,000 for
each trademark per type of goods sold that Defendants have willfully counterfeited and
infringed.

5.    Ordering that Plaintiff recover the costs of this action together with reasonable
attorneys' and investigators' fees and prejudgment interest in accordance with 15 U.S.C. § 1117.

6.    That Plaintiff be awarded treble damages and attorney's fees for Defendants'
willful and knowing violations of Mass. Gen. L. ch. 93A, §2.

7.    Directing that this Court retain jurisdiction of this action for the purpose of enabling Plaintiff to apply to the Court at any time for such further orders and interpretation or execution of any order entered in this action, for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations thereof.

8.    Awarding to Plaintiff such other and further relief as the Court may deem just and proper, together with the costs and disbursements which Plaintiff has incurred in connection with this action.

GUCCI AMERICA, INC.

By its Attorneys,

BURNS & LEVINSON LLP

By:_____
   Mark Schonfeld
   BBO No. 446980
   Burns & Levinson LLP
   125 Summer Street
   Boston, MA  02110
   (617) 345-3000

Dated:  November 23, 2004
J:\Docs\25495\00012\00878762.DOC

14

LUXURY BRANDS, LLC

**Home** | CATALOG | MAILING LIST | USEFUL LINKS | PARTNERS | TERMS

**Special Offers!**

**Our Catalog**

# *Luxury Brands @ Liquidation Prices*

## FULL MONEY-BACK GUARANTEE ON ALL ORDERS

Join us for the most reliable source of supply for authentic, high-end luxury bra surplus merchandise available anywhere on a wholesale basis. We are constan purchasing new inventory, so make sure to bookmark us and stop back often.

If you are a genuine and serious buyer, be sure to join our **Priority Mailing List**. You will be the first to know when we get that hard to find new merchandise in! There is a fee to join the **Priority Mailing List**, but it is 100% refundable once you place orders with us and meet certain minimum order requirements.

Otherwise, if you are just browsing, and may be interested at some time in the future, then please sign up to our regular Free Mailing List (SEE YELLOW BOX LEFT SIDEBAR). We will then let you know when we have special offers available and keep you abreast of other developments.

**Special Features**

- Luxury Brands, LLC is featured in ***eBay Dummies*** series.
- Learn why you should be selling luxury branded goods on ebay™
- For great wholesale resources for onlin resellers visit: The Auction Seller's Res
- Check out our industry-top-rated ebay **Starter Lots & Powerseller Lots**
- **See pictures of us at ebay Live!**

**Join our Free Mailing List!**

**Name:**

**Email Address:**

Submit

**Search our Wholesale Catalog**

Search

General Wholesale Directory

Search

Powered by wholesalegopher.com

We supply all the top European luxury brands on an as-available basis. Becaus stock the hard to get, high-end brands, and our prices are very low, we tend t out of inventory very quickly. Demand always exceeds supply for our merchan The best way to avoid disappointment is to join our **Priority Mailing List.**

**Click here to visit our Hot List**

**Click here to visit our catalogue**

**Click here if you are interested in selling on ebay™**

**Member**

## DIRECTORY

**Home**
**Armani**
**Bally**
**Cartier**
**Chanel**
**Christian Dior**
**Dolce & Gabbana**
**ebay Sample Lots!**
**Ermenegildo Zegna**
**Fendi**
**Gama**
**GianFranco Ferre**
**Gucci**
**Hermes**
**Iceberg**
**Jean Paul Gaultier**
**JP Tods**
**Krizia**
**Lacoste**
**Lanvin**
**Mila Schoen**
**Missoni**
**Moschino**
**Nike**
**Other**
**Phat Farm**
**Prada**
**Ralph Lauren Polo**
**Salvatore Ferragamo**
**Sunglass Blowout!**
**Trussardi**
**Ungaro**
**Valentino**
**Versace**
**View Cart**
**Check Out**
**Mailing List**



Search Our Store [            ]          [ Go ]

○ Item #   ● Description



| | |
|---|---|
| **Item #:** | GW65 |
| **Item Name:** | Gucci Ladies Wallets |
| **Description:** | We have a limited but great selection of Gucci wallets. Ple |
| **Unit:** | Minimum Order 5 Wallets |
| **Price:** | CALL FOR PRICE |

[ Add To Cart ]   [ Keep Shopping ]

Be the first to know, don't miss out - sign up for our **Pric**

**Luxury Brands, LLC**      8840 Norwood Avenue      www.luxurybrandsll
                            Philadelphia, PA  19118      eMail: sales@luxurybrands



 

**Home**

| CATALOG | MAILING LIST | USEFUL LINKS | PARTNERS | TERMS |



**Special Offers!**



**Our Catalog**

# *Luxury Brands @ Liquidation Prices*

## FULL MONEY-BACK GUARANTEE ON ALL ORDERS



Join us for the most reliable source of supply for authentic, high-end luxury br[...] surplus merchandise available anywhere on a wholesale basis. We are constan[...] purchasing new inventory, so make sure to bookmark us and stop back often.

**Join our Free Mailing List!**

Name:

Email Address:

Submit

**Search our Wholesale Catalog**

Search

General Wholesale Directory

Search

Powered by
wholesalegopher.com

If you are a genuine and serious buyer, be sure to join our **Priority Mailing List**. You will be the first to know when we get that hard to find new merchandise in! There is a fee to join the **Priority Mailing List**, but it is 100% refundable once you place orders with us and meet certain minimum order requirements.

Otherwise, if you are just browsing, and may be interested at some time in the future, then please sign up to our regular Free Mailing List (SEE YELLOW BOX LEFT SIDEBAR). We will then let you know when we have special offers available and keep you abreast of other developments.

**Special Features**

- Luxury Brands, LLC is featured in *eBay Dummies* series.
- Learn why you should be selling luxury branded goods on ebay™
- For great wholesale resources for onlin[...] resellers visit: The Auction Seller's Res[...]
- Check out our industry-top-rated ebay **Starter Lots & Powerseller Lots**
- See pictures of us at ebay Live!

We supply all the top European luxury brands on an as-available basis. Becaus[...] stock the hard to get, high-end brands, and our prices are very low, we tend t[...] out of inventory very quickly. Demand always exceeds supply for our merchan[...] The best way to avoid disappointment is to join our **Priority Mailing List**.

**Click here to visit our Hot List**

**Click here to visit our catalogue**

**Click here if you are interested in selling on ebay™**

**Member**

Case 1:04-cv-12480-PBS    Document 1-2    Filed 11/23/2004    Page 4 of 8

**DIRECTORY**

Home

Armani

Bally

Cartier

Chanel

Christian Dior

Dolce & Gabbana

ebay Sample Lots!

Ermenegildo Zegna

Fendi

GianFranco Ferre

Gucci

Hermes

Iceberg

Jean Paul Gaultier

JP Tods

Krizia

Lacoste

Lanvin

Mila Schoen

Missoni

Moschino

Nike

Other

Phat Farm

Prada

Ralph Lauren Polo

Salvatore Ferragamo

Sunglass Blowout!

Trussardi

Under Armour

Ungaro

Valentino

Versace

View Cart

Check Out

Mailing List



Search Our Store          [Go]

○ Item #   ● Description



| | |
|---|---|
| **Item #:** | GCl3 |
| **Item Name:** | Gucci Handbags |
| **Description:** | We often get in mixed Gucci handbags in the full range, bu sure to join our Priority Mailing List to know when they con prices are the best in the business. Together with the hand Controlato card, dust bag, and Gucci packaging box. Also, www.myluxurybrands.com to see examples of the bags tha |
| **Unit:** | Join our Priority Mailing List! |

**Price:** CALL FOR PRICE

[ Add To Cart ]    [ Keep Shopping ]

Be the first to know, don't miss out - sign up for our **Pri**

**Luxury Brands, LLC**    8840 Norwood Avenue    www.luxurybrandsll
                          Philadelphia, PA  19118    eMail: sales@luxurybrands



 

**Home**    CATALOG    MAILING LIST    USEFUL LINKS    PARTNERS    TERMS



**Special Offers!**



**Our Catalog**

# *Luxury Brands @ Liquidation Prices*

## FULL MONEY-BACK GUARANTEE ON ALL ORDERS



Join us for the most reliable source of supply for authentic, high-end luxury bra surplus merchandise available anywhere on a wholesale basis. We are constan purchasing new inventory, so make sure to bookmark us and stop back often.

---

### Join our Free Mailing List!

Name:

Email Address:

[ Submit ]

### Search our Wholesale Catalog

[ Search ]

### General Wholesale Directory

[ Search ]

Powered by
wholesalegopher.com

---

If you are a genuine and serious buyer, be sure to join our **Priority Mailing List**. You will be the first to know when we get that hard to find new merchandise in! There is a fee to join the **Priority Mailing List**, but it is 100% refundable once you place orders with us and meet certain minimum order requirements.

Otherwise, if you are just browsing, and may be interested at some time in the future, then please sign up to our regular Free Mailing List (SEE YELLOW BOX LEFT SIDEBAR). We will then let you know when we have special offers available and keep you abreast of other developments.

### Special Features

- Luxury Brands, LLC is featured in *eBay Dummies* series.
- Learn why you should be selling luxury branded goods on ebay™
- For great wholesale resources for onlin resellers visit: The Auction Seller's Res
- Check out our industry-top-rated ebay **Starter Lots & Powerseller Lots**
- See pictures of us at ebay Live!

We supply all the top European luxury brands on an as-available basis. Becaus stock the hard to get, high-end brands, and our prices are very low, we tend t out of inventory very quickly. Demand always exceeds supply for our merchan The best way to avoid disappointment is to join our **Priority Mailing List**.

### Click here to visit our Hot List

### Click here to visit our catalogue

### Click here if you are interested in selling on ebay™

**Member**

**DIRECTORY**

**Home**

**Armani**

**Cartier**

**Chanel**

**Christian Dior**

**Dolce & Gabbana**

**ebay Sample Lots!**

**Ermenegildo Zegna**

**Fendi**

**GianFranco Ferre**

**Gucci**

**Hermes**

**Iceberg**

**Jean Paul Gaultier**

**JP Tods**

**Krizia**

**Lacoste**

**Lanvin**

**Mila Schoen**

**Missoni**

**Moschino**

**Nike**

**Other**

**Phat Farm**

**Prada**

**Ralph Lauren Polo**

**Salvatore Ferragamo**

**Sunglass Blowout!**

**Trussardi**

**Under Armour**

**Ungaro**

**Valentino**

**Versace**

**View Cart**

**Check Out**

**Mailing List**



Search Our Store                    [ Go ]

○ Item #   ● Description



**Item #:  GCI3**

**Item Name:** Gucci Handbags

**Description:** We often get in mixed Gucci handbags in the full range, bu
sure to join our Priority Mailing List to know when they con
prices are the best in the business. Together with the hanc
Controlato card, dust bag, and Gucci packaging box. Also,
www.myluxurybrands.com to see examples of the bags th

**Unit:** Join our Priority Mailing List!

**Price:** CALL FOR PRICE

[ Add To Cart ]   [ Keep Shopping ]

Be the first to know, don't miss out - sign up for our **Pric**

**Luxury Brands, LLC**   8840 Norwood Avenue   www.luxurybrandsll
Philadelphia, PA 19118   eMail: sales@luxurybrands



FAX NO. 8473046151    P. 2

Luxury Brands  LLC
8840 Norwood avenue
Philadelphia, PA 19118
Tel: 1 215 248 3576
Fax: 1 215 248 3579
Email: Sales@luxurybrandsllc.com



# INVOICE

SOLD TO:

Smartbargains, Inc.
10th floor
10 Milk Street
Boston, MA 02108

SHIP TO:
Smartbargains, Inc.
Newroads
1500 World Wide Blvd.
Hebron, KY 41048

| | |
|---|---|
| INVOICE NUMBER | 63979A |
| INVOICE DATE | 24-Nov-03 |
| OUR ORDER NO. | |
| | |
| SALES REP | JEM |
| SHIPPED VIA | UPS |
| F.O.B. | |
| PREPAID or COLLECT | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 200 | Gucci pochette mini handbag 103399 | | |

| | | |
|---|---|---|
| Sub-Total | $ | |
| TAX | | |
| FREIGHT | | |
| | $ | |

Customer UPS Shipping Account

Luxury Brands, LLC EE

Printed: 12/9/2003

FEB-17-04 TUE 2:49 PM C/O. C. O. O. O. O. O.          FAX NO. 00000C000+



**INVOICE**

Luxury Brands, LLC

| | | |
|---|---|---|
| INVOICE NUMBER | 69102 |
| INVOICE DATE | 09-Feb-04 |
| OUR ORDER NO. | |
| SALES REP | JEM |
| SHIPPED VIA | UPS |
| F.O.B. | |
| PREPAID or COLLECT | |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | Gucci Black Denim Tote 101975 | | |
| 2 | Gucci Tote 73983R | | |
| | Above | | |
| | Carried Over | | $ |
| | FREIGHT | | |
| | | | $ |

JAN-12-04 MON  8:43 PM  AKIII COGAN                FAX NO. 04780481E1                P. 6

**INVOICE**

Luxury Brands, LLC
8840 Norwood avenue
Philadelphia, PA 19118
Tel: 1 215 248 3576
Fax: 1 215 248 3579
Email: Sales@luxurybrandsllc.com

LUXURY BRANDS LLC

SOLD TO:

SmartBargains.com
10th floor
10 Milk Street
Boston, Ma 02108

SHIP TO:
SmartBargains.com
Newroads
1500 World Wide Blvd
Hebron, KY 41048

| | |
|---|---|
| INVOICE NUMBER | 63219 |
| PRO FORMA INVOICE DATE | 30-Dec-04 |
| OUR ORDER NO | |
| SALES REP | JEM |
| SHIPPED VIA | UPS overnight |
| F.O.B. | |
| PREPAID or COLLECT | |

| QUANTITY | | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | 1,067 | Bardot | Black | Gucci | | |
| 49 | 1,067 | Bardot | Black&White | Gucci | | |
| 100 | 2,123 | Shopping Bag | Brown | Gucci | | |
| | | | | SUBTOTAL | $ | |
| | | | | TAX | | |
| | | | | FREIGHT | | |

luxurybrands/invoices/receivable        Luxury Brands, LLC EE        Printed: 1/9/2004

JAN-12-04 MON 8:4: PM  ARNIE COGAN          FAX NO. 6473048191          P. 4

# INVOICE

Luxury Brands, LLC
8840 Norwood avenue
Philadelphia, PA 19118
Tel: 1 215 248 3576
Fax: 1 215 248 3579
Email: Sales@luxurybrandsllc.com

**LUXURY BRANDS, LLC**

SOLD TO:

SmartBargains.com
10th floor
10 Milk Street
Boston, Ma 02108
SHIP TO:
SmartBargains.com
Newroads
1500 World Wide Blvd
Hebron, KY 41048

| | |
|---|---|
| INVOICE NUMBER | 63979B |
| PRO FORMA INVOICE DATE | 30-Dec-03 |
| OUR ORDER NO. | |
| SALES REP | JEM |
| SHIPPED VIA | UPS overnight |
| F.O.B. | |
| PREPAID or COLLECT | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 100 99 | 1988 Shopping Tote Brown Gucci Med Tote | | |
| | SUBTOTAL | $ | |
| | TAX | | |
| | FREIGHT | | |

FEB-17-04 TUE  2:49 PM  G/O. O. O. O. O. O.           FAX NO.  JO0000000+

# INVOICE

Luxury Brands, LLC



| | |
|---|---|
| INVOICE NUMBER | 89102 |
| INVOICE DATE | 09-Feb-04 |
| OUR ORDER NO. | |
| | |
| SALES REP | JEM |
| SHIPPED VIA | UPS |
| F.O.B. | |
| PREPAID or COLLECT | |

| | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | Gucci Tote 00953R | | |
| | Above | $ | |
| | Carried Over | $ | |
| | FREIGHT | | |
| | | $ | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only) __Gucci America, Inc. v. Luxury Brands, LLC,__
__Luxurybrandsllc.com, and James McHugo__

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See
local rule 40.1(a)(1)).

□   I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

☒   II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,          *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.               for patent, trademark or copyright cases

□   III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

□   IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

□   V.      150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in
this district please indicate the title and number of the first filed case in this court.

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                    YES □      NO ☒

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See
28 USC §2403)
                                                                    YES □      NO ☒
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                    YES □      NO □

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                    YES □      NO ☒

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
40.1(d)).
                                                                    YES □      NO ☒

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division □          Central Division □          Western Division □

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
        agencies, residing in Massachusetts reside?
        Eastern Division ☒          Central Division □          Western Division □

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If
yes, submit a separate sheet identifying the motions)
                                                                    YES □      NO □

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Mark Schonfeld__
ADDRESS __Burns & Levinson, LLP 125 Summer Street Boston, MA 02110__
TELEPHONE NO. __(617) 345-3329__

(Coversheetlocal.wpd - 10/17/02)

JS 44   (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)  PLAINTIFFS**

Gucci America, Inc.

**DEFENDANTS**

Luxury Brands, LLC,
Luxurybrandsllc.com, and
James McHugo

(b)  County of Residence of First Listed Plaintiff   New York
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed   Philadelphia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c)  Attorney's (Firm Name, Address, and Telephone Number)

Mark Schonfeld, Esquire
Burns & Levinson, LLP
125 Summer Street, Boston, MA 02110

Attorneys (If Known)

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   **PERSONAL INJURY** | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   ☐ 362 Personal Injury— | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability     Med. Malpractice | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   ☐ 365 Personal Injury — | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander     Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers'   ☐ 368 Asbestos Personal | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability     Injury Product | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine     Liability | Safety/Health | ☒ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product   **PERSONAL PROPERTY** | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability   ☐ 370 Other Fraud | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability     Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury   ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405 (g)) | ☐ 893 Environmental Matters |
| | Product Liability | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting   **PRISONER PETITIONS** | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment   ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/     Sentence | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations    Habeas Corpus: | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare   ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights   ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | ☐ 540 Mandamus & Other | Security Act | | ☐ 890 Other Statutory Actions |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

**V. ORIGIN**   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Defendants have engaged in the sale of counterfeit Gucci products in violation of 15 USC Section 1114, and have infringed Gucci's trademarks.

**VII. REQUESTED IN** **COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):
JUDGE    DOCKET NUMBER

DATE   November 22, 2004

SIGNATURE OF ATTORNEY OF RECORD   *Mark Schonfeld*

FOR OFFICE USE ONLY

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE