# United States District Court

DISTRICT OF Massachusetts

Gucci America, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Luxury Brands, LLC,
LuxuryBrandsllc.com, and
James McHugo

CASE NUMBER:

**04 CV 12480 PBS**

TO: (Name and address of defendant)

Luxurybrandsllc.com
1209 Perry William Drive
McLean, VA 22101-2320

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 23 2004



CLERK

(BY) DEPUTY CLERK

DATE

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Massachusetts | County of | District Court |

Case Number: 04CV12480PBS

Plaintiff:
**GUCCI AMERICA, INC.**

vs.

Defendant:
**LUXURY BRANDS, LLC, LUXURYBRANDSLLC.COM AND JAMES MCHUGO**

For:
Mark Schonfeld
BURNS & LEVINSON, LLP
125 Summer Street
Boston, MD 02110

Received by PRIORITY PROCESS on the 6th day of December, 2004 at 9:36 am to be served on **LUXURYBRANDSLLC.COM C/O JAMES McHUGO 1209 PERRY WILLIAM DRIVE, McLEAN, VA 22101-2320**

I, Michael Daigneault, being duly sworn, depose and say that on the **6th day of December, 2004 at 1:30 pm, I:**

Delivered a true copy of the **SUMMON IN A CIVIL CASE, COMPLAINT AND EXHIBIT A AND B** to JAMES MCHUGO as a professional courtesy, who stated that they were authorized to accept for the witness/defendant in their absence.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 160, Hair: Blonde, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

RITA V. HARRIDAY
Notary Public, State of Maryland
County of Montgomery
My Commission Expires April 12, 2008

Michael Daigneault
Process Server

Subscribed and sworn to before me on the 6th day of December, 2004 by the affiant who is personally known to me.

Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2004014369

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f