# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,                          )
                                              )
     Plaintiff,                          )
                                              )
v.                                            )
                                              )
LUXURY BRANDS, LLC,                           )
LUXURYBRANDSLLC.COM, and                      )   CIVIL ACTION NO. 04-12480 PBS
JAMES MCHUGO,                                 )
                                              )
     Defendant.                          )
                                              )
                                              )
                                              )
                                              )
                                              )
                                              )

## PLAINTIFF'S CERTIFICATION UNDER L.R. 16.1(D)(2)

We hereby certify that we have conferred:

    (a)    With a view to establishing a budget for the cots of conducting the full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.


_____
Jonathan Moss
Gucci America, Inc.
685 Fifth Avenue
New York, NY 10022-4204

_____
Mark Schonfeld (BBO No. 446980)
Counsel for the Plaintiff
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: 617.345-3000
Facsimile: 617.345.3299

Dated:  February 25, 2005